JOHN J. BOUCHER, APPELLEE, v. CASUALTY COMPANY OF AMERICA, APPELLANT.

JOHN J. BOUCHER, APPELLANT, v. CASUALTY COMPANY OF AMERICA, APPELLEE.

FILED JULY 14, 1917.   Nos. 19529, 19660.

APPEAL from the district court for Douglas county: CHARLES LESLIE, JUDGE. *No. 19529 reversed, and No. 19660 affirmed.*

*McLaughlin & Neely,* for plaintiff.

*James C. Kinsler, contra.*

PER CURIAM:

In the trial of these cases the judgment in No. 19176, *Shick v. Johnson,* was relied upon as the foundation of both actions. That judgment having been reversed by this court (*Shick v. Johnson, ante,* p. 328), the judgment in *Boucher v. Casualty Company of America,* No. 19529, is reversed and the cause remanded, and the judgment in *Boucher v. Casualty Company of America,* No. 19660, is affirmed.

JUDGMENTS ACCORDINGLY.